that otherwise would qualify as a basis for certiorari, interlocutory status need not preclude review." *Michael* v. *United States*, 454 U. S. 950, 951 (1981) (WHITE, J., dissenting from denial of certiorari); see also *United States* v. *General Motors Corp.*, 323 U. S. 373, 377 (1945); *Gillespie* v. *United States Steel Corp.*, 379 U. S. 148, 153 (1964); *Land* v. *Dollar*, 330 U. S. 731, 734, n. 2 (1947); *Larson* v. *Domestic and Foreign Commerce Corp.*, 337 U. S. 682, 685, n. 3 (1949); Stern, Gressman, & Shapiro, *supra*, at 225. This is such a case.

I would grant certiorari to resolve the acknowledged conflict among the Circuits regarding the interpretation of the federal Equal Pay Act.

No. 92–233. HASAN *v.* MARTIN, SECRETARY OF LABOR. C. A. 5th Cir. Motion of Nuclear Power Service et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▮

No. 92–396. ASTRONICS CORP. ET AL. *v.* PATECELL ET AL. C. A. Fed. Cir. Motion of District of Columbia Chapter of the Federal Bar Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▮

No. 92–414. LINDSEY *v.* BAXTER HEALTHCARE CORP. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ▮

No. 92–416. WESTON *v.* FIRST INTERSTATE BANK OF CALIFORNIA ET AL. C. A. 9th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. ▮

No. 92–421. RICHMOND MEMORIAL HOSPITAL *v.* SMITH, AN INFANT, BY SMITH, ET AL. Sup. Ct. Va. Motion of American Hospital Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▮

No. 92–5184. WALKER *v.* UNITED STATES;
No. 92–5188. GUERRA *v.* UNITED STATES; and